PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

**RECEIVED**
APR 10 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Richard Earl Rohda**

**Docket No. ~~0:03CR00229~~-001(DWF)** 02 CR 327 JRT/FLN

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Richard Earl Rohda** who was sentenced for Felon in Possession of a Firearm on September 29, 2004, by the Honorable Donovan W. Frank, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug and alcohol aftercare, mental health aftercare, and comply with taking medications as prescribed.

Mr. Rohda is also under federal supervision under docket number 0:02CR00327-001(JRT). Special conditions in that case include mandatory drug testing, drug aftercare, pay $18,348.84 restitution, and financial disclosure.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> Mr. Rohda as violated the conditions of supervised release based on the following information. On April 3, 2006, Mr. Rohda failed to report for a scheduled urinalysis.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 8 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 10th day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable ~~Donovan W. Frank~~ John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer

Executed on April 6, 2006
Place Minneapolis

SCANNED
APR 11 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission