Prob 49

RECEIVED

APR 10 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Richard Earl Rohda

Docket No. 0:02CR00327-001

JRT/FLN

## HEARING WAIVER

I, Richard Earl Rohda, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 8 hours of community service, as approved by the probation officer.

Signed: [signature]
Richard Earl Rohda
Supervised Releasee

Witness: Elizabeth M [signature]

Dated: 4/6/06

SCANNED
APR 13 2006
U.S. DISTRICT COURT MPLS