PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

MAY 4 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Richard Earl Rohda**

**Docket No. 0:02CR00327-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Richard Earl Rohda** who was sentenced for Falsification of Motor Vehicle Identification Number on May 19, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing, drug aftercare, pay $18,348.84 restitution, and financial disclosure.

Mr. Rohda is also under federal supervision under docket number 0:03CR00229-001(DWF). Special conditions in that case include drug and alcohol aftercare, mental health aftercare, and comply with taking medications as prescribed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr Rohda has violated the conditions of supervised release based on the following information. On April 3, 2006, Mr. Rohda failed to report for a scheduled urinalysis.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 8 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 3RD day of May, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Elizabeth M. Callahan
U.S. Probation Officer

Executed on April 18, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
MAY 04 2006
U.S. DISTRICT COURT MPLS